IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Anna Seigler

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**-against-**

Judge Anderson M. Griffith

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of Civil Rights**
(Non-Prisoner Complaint)

Case No. ___2022CP200652___
*(to be filled in by the Clerk's Office)*

Jury Trial:    ☒ Yes    ☐ No
*(check one)*

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

1

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Anna Seigler |
| Street Address | 1110 Hayne Ave., SW |
| City and County | Aiken County, Aiken |
| State and Zip Code | 29801 |
| Telephone Number | 706-951-4292 |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Anderson M. Griffith |
| Job or Title (if known) | Judge |
| Street Address | 109 Park Ave |
| City and County | Aiken County, Aiken |
| State and Zip Code | South Carolina 29801 |
| Telephone Number | 803-642-1715 |

☒   Individual capacity          ☒   Official capacity

Defendant No. 2

| | |
|---|---|
| Name | ~~Wells Fargo Home Mortgage~~ |
| Job or Title (if known) | |
| Street Address | P.O. Box 10368 |
| City and County | Des Moines |
| State and Zip Code | Iowa, 50306 |

2

Telephone Number    877-458-8417

☒ Individual capacity    ☐ Official capacity

Defendant No. 3

Name    RAS Crane PLLC/Jason Seals

Job or Title    attorney
(if known)

Street Address    13010 Morris Road Suite 450

City and County    Alpharetta

State and Zip Code    Georgia 30004

Telephone Number    470-321-7112

☒ Individual capacity    ☐ Official capacity

Defendant No. 4

Name    Gary Smith/ Smith Massey, Brodie, Guynn

Job or Title    attorney
(if known)

Street Address    210 Colony Parkway

City and County    Aiken, Aiken County

State and Zip Code    South Carolina 29803

Telephone Number    803-643-4110

☒ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐    Federal officials (a *Bivens* claim)

☒    State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If

3

you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Violations of Constitutional rights as above defendants work under "Color of Law" working fraud under BAR with out FARA, violating the 1099A submitted to IRS October 29, 2025 as above defendants not complying under the Supreme Law Of the Land are engaging in Treason.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

The violation of their authority, working outside the Constitution violating 42 USC 1983 and 18 USC 242 using their power to unlawfully STEAL my land.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Wells Fargo Home Mortgage include the COVID, (Affordable) Called them back 2021 to start paying house. (they gave me run around) I initiated payments again even having knowledge of their FRAUD of house paid off out of my Birth Certificate Bond/Cestui Que Trust, (numbered payments by pennies, silver, 4th month they blocked me from paying. So I sent them (according to Constitution silver coin). They verified they received and applied to my payment but started foreclosure. I never received documents of foreclosure. Although Anderson Griffith, Master of Equity,

A. Where did the events giving rise to your claim(s) occur? 2024 I received foreclosure papers appearing before Master of Equity, Griffith where he stated, (violating my rights), ignoring presented 1099A to IRS discharging my "Mortgage" making me the LENDER as a sovereign and Wells Fargo the debtor yet Griffith ruled I had to vacate Dec. 3, 2024. I REMAINED. Final court appearance was when I presented a "Motion" after I discovered they sold my house on Zillow March 2, 2026 for $180,000.00 After "Motion hearing I found out last week they "Transferred" my Deed to another family Timothy and Margaret Wilson who supposedly paid 202,100.00 for my house and they have scheduled March 13, 2026 for an EVICTION hearing. I have do not consent to their "Contract" nor to their jurisdiction as the Judge, Wells Fargo, Attorney's are NOT working under the Constitution. Files, with evidence have been faxed to the Criminal Division of the IRS as has the DOJ received their neglect of FARA as they are working under Color of Law, as Foreign Enemies under our Constitution, and I have sent them documents of their demise if they continue under Trump's EO's 13848 and 13818.

B.      What date and approximate time did the events giving rise to your claim(s) occur?

> This has been ongoing since 2022 times vary. PLEASE see approximate dates under your section "A".

C.      What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what?  Was anyone else involved?  Who else saw what happened?)*

> Again, details under Section "A" The entire community has witnessed my foreclosure as it was printed in the paper. Then people have come out of the wood work calling day and night, calling all of my family, sending emails, postal mail harassing in the bank and judge's Un constitutional intrusion.

## IV.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Mental Stress inflicted, what price do you put on that for over 5 years?

However,  there is a injury schedule as follows:  Violation of oath of office, 250,000 18 USC 3571; 28 USC 3002 (15) and Deprivation of Rights Under Color of Law 200,000 18 USC 242, Conspiracy of Rights 200,000 18 USC 241, Wrongful Assumption of Status/Standing COMMON LAW, NATURAL LAW, Extortion of Rights 200,000 Title 15: 18 USC 872, Theft by For5ced Registration 200,000 Common Law, Natural Law, Slavery-Forced Compliance 13th Amendment, 250,000, 18 USC 3571, Racketeering-Criminal 200,00 18 USC 1961-1968,

5

## V.    Relief

State briefly what you want the court to do for you.   Make no legal arguments. Do not cite any cases or statutes.  If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

want Federal Courts to do a STAY of Injunction on lower courts before May 13th Eviction hearing.

As an American under the law of the Constitution I need REMEDY under laws.    WHY AM I NOT BEING MADE WHOLE?

The Judge,, bank, their attorney's in their personal capacity have committed embezzlement, atrocities against my unalienable rights under God's Laws/Nature's Laws as outlined in my 3949A submitted to IRS. 1099A is Prima facia evidence under Article 3 Common Law Court.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____ May 8 , 20 26

Signature of Plaintiff __ Anna Seigler __ Anna Seigler

Printed Name of Plaintiff _____ Anna Seigler _____

6

**B.     For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney _____

Printed Name of Attorney     _____

Bar Number                   _____

Name of Law Firm             _____

Address                      _____

Telephone Number             _____

E-mail Address               _____

7