IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

Anna Seigler,

Plaintiff,

v.

Gary Smith; M Anderson Griffith; Ray Massey; Bradley Brodie; Mary Guynn; Scott Patterson; Michael Nourie; Timothy Wilson; and Margaret Wilson,

Defendants.

C/A No. 1:26-cv-1904-JFA-KDW

**ORDER**

Anna Seigler (Plaintiff"), proceeding pro se, filed this civil action against Defendants. In accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2) (D.S.C.), the case was referred to the Magistrate Judge for initial review.

After performing an initial review of the complaint, the Magistrate Judge assigned to this action prepared a thorough Report and Recommendation[1] ("Report"). (ECF No. 27). Within the Report, the Magistrate Judge opines that this case should be summarily dismissed. *Id.* The Report sets forth, in detail, the relevant facts and standards of law on this matter, and this Court incorporates those facts and standards without a recitation.

Plaintiff was advised of her right to object to the Report, which was entered on the docket on July 22, 2026. *Id.* The Magistrate Judge required Plaintiff to file objections by

[1] The Magistrate Judge's review is made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02(B)(2)(d) (D.S.C.). The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the Court. *Mathews v. Weber*, 423 U.S. 261 (1976).

August 5, 2026. *Id.* Plaintiff failed to file any objections and the time for doing so has elapsed. Thus, this matter is ripe for review.

A district court is only required to conduct a *de novo* review of the specific portions of the Magistrate Judge's Report to which an objection is made. *See* 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b); *Carniewski v. W. Virginia Bd. of Prob. & Parole*, 974 F.2d 1330 (4th Cir. 1992). In the absence of specific objections to portions of the Magistrate's Report, this Court is not required to give an explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983).

Here, Plaintiff has failed to raise any objections and therefore this Court is not required to give an explanation for adopting the recommendation. A review of the Report and prior orders indicates that the Magistrate Judge correctly concluded that Plaintiff's claims must be summarily dismissed.

After carefully reviewing the applicable laws, the record in this case, and the Report, this Court finds the Magistrate Judge's recommendation fairly and accurately summarizes the facts and applies the correct principles of law. Accordingly, this Court adopts the Magistrate Judge's Report and Recommendation and incorporates it herein by reference. (ECF No. 27). Consequently, this action is dismissed without prejudice and without issuance and service of process. Any other pending motion is therefore terminated as moot.

IT IS SO ORDERED.

Joseph F. Anderson, Jr.

September 11, 2026
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge